LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-08843-BRO (GJSx) | Date | January 4, 2016 |
|---|---|---|---|
| Title | PROSIGHT SPECIALTY MANAGEMENT COMPANY, INC. V. THE JOBS FILMS, LLC, ET AL. | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE PLAINTIFF'S MOTION TO CONFIRM ARBITRATION AWARD

Pending before the Court is Plaintiff ProSight Specialty Management Co.'s ("Plaintiff") Motion to Confirm Arbitration Award against Defendants Mark Hulme and The Jobs Film, LLC ("Defendants"). (Dkt. No. 13.) Plaintiff filed its Motion on December 3, 2015, noticing a hearing date of January 11, 2016. (*Id.*) Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9. Accordingly, Defendants' Oppositions were due no later than December 21, 2015. To date, however, Defendants have not filed any opposition. Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Defendants are **ORDERED TO SHOW CAUSE** as to why the Court should not grant Plaintiff's Motion. **The responses to this Order shall be filed by no later than Friday, January 8, 2016, at 4:00 p.m.** Appropriate responses will include reasons demonstrating good cause for each defendant's failure to timely oppose Plaintiff's Motion.

**IT IS SO ORDERED.** :

LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 15-08843-BRO (GJSx) | Date | January 4, 2016 |
|---|---|---|---|
| Title | PROSIGHT SPECIALTY MANAGEMENT COMPANY, INC. V. THE JOBS FILMS, LLC, ET AL. | | |

 Initials of Preparer  rf