JS-6

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| PROSIGHT SPECIALTY MANAGEMENT COMPANY, INC., | ) ) ) | CASE NO. CV 15-08843-BRO (GJSx) |
|---|---|---|
| Claimant / Plaintiff | ) ) ) | **JUDGMENT** |
| vs. | ) ) | |
| MARK HULME, THE JOBS FILM, LLC, | ) ) ) | |
| Respondents / Defendants | ) ) ) | |

This action was decided on motion of plaintiff/claimant ProSight Specialty Management Company to confirm a contractual arbitration award. The matter was submitted to the court, Honorable Beverly Reid O'Connell, District Judge, presiding. Defendants Mark Hulme and The Jobs Film, LLC, notified the Court on January 5, 2016, that they did not have grounds to oppose the motion. On January 8, 2016, the Court ordered that the motion be granted and that:

    1.    ProSight Specialty Management Company, Inc., shall recover from respondent/defendant Mark Hulme and the Jobs Film, LLC, jointly and severally, the principal amount of $288,951.65, plus pre-judgment interest at the rate of 10% per annum

($79.16 per day) from June 29, 2015, to January 11, 2016, for the total sum of $304,308.69, along with post-judgment interest thereon at the rate of .65 percent from the date hereof, and its costs of action as by provided by law, including, if applicable, attorney's fees by further order of the Court;

    2.    ProSight Specialty Management Company, Inc., shall further recover from respondent/defendant the Jobs Film, LLC, severally, the additional sum of $12,453.56, plus pre-judgment interest at the rate of 10% ($3.41 per day x 194 days) from June 29, 2015, to January 11, 2016, for a total additional amount of $13,115.10, plus post-judgment interest thereon at the rate of .65 percent per annum.

**IT IS HEREBY ORDERED**

Dated: January 19, 2016

    HONORABLE BEVERLY REID O'CONNELL
    UNITED STATES DISTRICT COURT JUDGE